Case 2:06-cv-01979-RBP-SRW   Document 2   Filed 10/30/2006   Page 1 of 2

Case 4:06-cv-01979-RBP-SRW   Document 2   Filed 10/30/2006   Page 1 of 2

FILED
2006 Oct-10  PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| MARK SAMUEL LANDERS, | ] |
| | ] |
| Petitioner, | ] |
| | ] |
| v. | ]   CV-06-RBP-RRA-1979-M |
| | ] |
| WARDEN RALPH HOOKS and | ] |
| THE ATTORNEY GENERAL FOR | ] |
| THE STATE OF ALABAMA, | ] |
| | ] |
| Respondents. | ] |

### ORDER TRANSFERRING CASE

The petitioner, Mark Samuel Landers, through his attorneys William N. Clark and William H. Mills, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. Section 2254. In the petition, Landers challenges his July 1, 1997 conviction, in the Circuit Court of Elmore County, of capital murder, for which he was sentenced to life without the possibility of parole.

The Circuit Court of Elmore County is located in the Middle District of Alabama. The petitioner is incarcerated at St. Clair Correctional Facility which is located in the Northern District of Alabama. Although the Middle and Northern District Courts have concurrent jurisdiction to entertain the application, the court concludes that the more appropriate forum is the Middle District of Alabama, since Landers was convicted in Elmore County. This is especially true if appointment of counsel and an evidentiary hearing are required.

Accordingly, for the convenience of the parties and potential witnesses in this case and in the furtherance of justice, this case he hereby TRANSFERRED to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. Section 2241(d).

DONE this 10th day of October, 2006.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**