| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) *[illegible]*    C. Date of Delivery 1-16-0_ |
| 1. Article Addressed to:<br><br>Warden Ralph Hooks<br>St. Clair Correctional Facility<br>1000 St. Clair Road<br>Springville, AL 35146<br><br>06cv975 P+t+ OP | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2760 0002 8193 0920 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540