IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARK SAMUEL LANDERS, )
)
    Petitioner )
)
vs. ) CASE NO.: 2:06-CV-975-MEF
)
RALPH HOOKS ET AL., )
)
    Respondents )

### MOTION FOR LEAVE TO FILE AMENDMENT TO PETITION

COMES NOW the Petitioner, Mark Samuel Landers, and moves the Court to grant him leave to file the proposed amendment to his petition which is attached hereto as Exhibit 1 to this motion.

_____
William H. Mills
ASB-9841-M75W

and

_____
William N. Clark
ASB-1260-C54W
REDDEN, MILLS & CLARK
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 322-0457
(205) 322-8481 - Fax

Attorneys for Petitioner

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the Attorney General of the State of Alabama, and the District Attorney for the 19th Judicial Circuit of Alabama, by mailing a copy of the same to them in the United States mail, properly addressed and with sufficient postage prepaid, this the 8th day of February 2007.

Of Counsel for Petitioner

Troy King, Attorney General
State of Alabama
State Capitol Building
600 Dexter Avenue
Montgomery, Alabama 36130

Randall V. Houston
District Attorney
Elmore County
P.O. Box 700
Wetumpka, Alabama 36092

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARK SAMUEL LANDERS,        )
                            )
        Petitioner          )
                            )
vs.                         )   CASE NO.: 2:06-CV-975-MEF
                            )
RALPH HOOKS ET AL.,         )
                            )
        Respondents         )

### AMENDMENT TO PETITION FOR HABEAS CORPUS

COMES NOW the Petitioner, Mark Samuel Landers, with leave of the Court having been granted, and amends his petition for habeas corpus heretofore filed in this cause as follows:

1. By amending Paragraph (c) under Ground One of his petition to read as follows:

    (c). Petitioner did not raise the issue of Ground One on direct appeal of his conviction; however, this issue includes the issue of subject matter jurisdiction under Alabama law and under Alabama law a jurisdictional issue may be raised at any time in any proceeding.

2. By adding the following paragraph to the allegations of Ground One, Ground Two, Ground Three, Ground Four, Ground Five, Ground Six, Ground Seven, and Ground Eight:

    (f). Each of the rulings by Courts of the State of Alabama hereinabove referred to under this Ground was a decision that was contrary to, or involved an unreasonable

-1-

EXHIBIT 1

application of, clearly established Federal law as determined by the Supreme Court of the United States or was a decision based on an unreasonable determination of facts in light of the evidence presented in the State Court proceeding; and as a result thereof, Petitioner's trial and conviction were rendered fundamentally unfair and in violation of rights guaranteed to him by the United States Constitution.

(g).  None of the State Court adjudications hereinabove referred to under this Ground of this Petition was based upon an independent and adequate State ground for denying relief.

3.  By amending the prayer of his petition to add thereto the following:

Petitioner further prays that the Court will order an evidentiary hearing on this petition and will grant to the petitioner such rights of discovery as may be appropriate in the premises.  Certain of the grounds of the petition are based upon issues which arose during the original trial of Petitioner and which could not have been reasonably developed and certainly not fully examined during the course of the trial.

*[signature]*
William H. Mills
ASB-9841-M75W

and

*[signature]*
William N. Clark
ASB-1260-C54W
REDDEN, MILLS & CLARK
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

Attorneys for Petitioner

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the Attorney General of the State of Alabama, and the District Attorney for the 19th Judicial Circuit of Alabama, by mailing a copy of the same to them in the United States mail, properly addressed and with sufficient postage prepaid, this the ____ day of February 2007.

_____
Of Counsel for Petitioner


Troy King, Attorney General
State of Alabama
State Capitol Building
600 Dexter Avenue
Montgomery, Alabama 36130

Randall V. Houston
District Attorney
Elmore County
P.O. Box 700
Wetumpka, Alabama 36092