IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARK SAMUEL LANDERS,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Petitioner,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　　　) CASE NO.: 2:06-CV-975-MEF
　　　　　　　　　　　　　　　　　　)
RALPH HOOKS, ET AL.,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Respondents.　　　　　　　　)

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported.

Date: March 1, 2007

_____
William H. Mills
ASB-9841-M75W

and

_____
William N. Clark
ASB-1260-C54W
REDDEN, MILLS & CLARK
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 322-0457

Attorneys for Petitioner