IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SAMUEL LANDERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-975-MEF |
| | ) |
| RALPH HOOKS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the petitioner on February 8, 2007 (Court Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before June 26, 2007 the respondents may file a supplemental answer addressing the claims presented by the petitioner in his petition as amended.

Done this 11th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE