IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Mark Samuel LANDERS, <br>     Petitioner, | ) <br> ) <br> ) <br> ) |
| v. | )    2:06-CV-975-MEF <br> ) |
| Ralph HOOKS, et. al., <br>     Respondents. | ) <br> ) |

**MOTION FOR CLARIFICATION OF CONFLICT DISCLOSURE
AND MOTION TO STAY**

Come now the Respondents in the above-styled cause, by and through the Attorney General for the State of Alabama, and request this Court clarify the scope of the required Corporate Disclosure/Conflict Statement. In addition, the Respondents request this Court, if necessary, stay the time in which to file the Conflict Statement until issuance of the clarification.

This Court's Order 00-3047 mandates that "[a]ll parties (including individuals and government entities) . . . file a statement identifying" various entity and trust relationships "that could potentially pose a financial or professional conflict for a judge." In actions brought by state prisoners under 28 U.S.C. § 2241 and 28 U.S.C. § 2254, the named Respondents answer on behalf of a single governmental entity, the State of Alabama. Thus, it would seem that Order 00-3047 requires a list of "all parent

companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities" of the State, rather than the individually named Respondents.

In an abundance of caution, however, the Respondents request this Court issue an order formally clarifying whether Order 00-3047 requires the disclosure of financial and/or professional relationships in habeas corpus cases (both under 28 U.S.C. § 2241 and § 2254) by the State or by the individually named Respondents (i.e., Attorney General Troy King and Warden Ralph Hooks).  The Respondents further request that this Court, if necessary, stay the time for filing the required Conflict Statement until issuance of the requested clarification.  *See* Fed. R. Civ. P. 6(b).

/s/Stephanie N. Morman
Stephanie N. Morman (MOR105)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL  36130-0152
Telephone:  (334) 242-7300
Fax:  (334) 242-2848
E-Mail:  smorman@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court and also served a copy of the foregoing on Counsel for the Petitioner, by placing said copy in the United States mail, first class, postage prepaid, and addressed as follows:

William H. Mills
William N. Clark
Redden, Mills & Clark
940 Financial Center
505 North 20th Street
Birmingham, Alabama 35203

/s/Stephanie N. Morman
Stephanie N. Morman (MOR105)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: smorman@ago.state.al.us

288347/104072-001