IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK SAMUEL LANDERS, | ) |
| PETITIONER, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-975-MEF |
| RALPH HOOKS, et al., | ) ) ) |
| RESPONDENT. | ) |

## ORDER

This cause is before the Court on the Motion for Clarification of Conflict Disclosure and Motion to Stay (Doc. # 12). By this motion, Respondents seeks clarification of this Court's General Order regarding the filing of a conflict disclosure statement. To the extent that the motion seeks clarification of the General Order (Civ. Misc. No. 00-3047) it is GRANTED. In all other respects it is DENIED. In habeas corpus cases (both under 28 U.S.C. § 2241 and § 2254), the named respondents shall file conflict disclosure statements. To the extent that the responses are named both in their individual and their official capacities, they should disclose that fact. For example, an employee of the State of Alabama who is sued individually and in his official capacity should disclose his name and that he is sued both as and individual and as an official or representative of the State of Alabama indicating in what official or representative capacity he has been named. This will allow the Court to identify all potential conflicts of interest. To the extent that the sample Conflict Disclosure Statement available on this Court's website is not formatted to allow for such a disclosure, the parties should modify it as needed. It is after all a **sample**.

DONE this the 17th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE