IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Mark Samuel LANDERS,<br>　　Petitioner, | )<br>)<br>) |
| v. | )　2:06-CV-975-MEF<br>) |
| Ralph HOOKS, et. al.,<br>　　Respondents. | )<br>) |

RECEIVED
2007 JUL 20 P 2: 33
DEBRA P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

## CONFLICT DISCLOSURE STATEMENT

Come now Troy King and Ralph Hooks, by and through Counsel named below, and make the following disclosure regarding potential conflicts of interest relating to those designated in this Court's General Order No. 3047:

Troy King and Ralph Hooks, parties named to the above-captioned case as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. Neither the Alabama Attorney General nor the Warden of the St. Clair Correctional Facility possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

　　　　　　　　　　　　　　/s/ Stephanie N. Morman
　　　　　　　　　　　　　　Stephanie N. Morman
　　　　　　　　　　　　　　Counsel for Troy King and Ralph Hooks

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2007, I have filed the foregoing with the Clerk of this Court and the same on Counsel for the Petitioner at:

> William H. Mills
> William N. Clark
> Redden, Mills & Clark
> 940 Financial Center
> 505 North 20th Street
> Birmingham, Alabama 35203

*/s/ Stephanie N. Morman*
Stephanie N. Morman (MOR105)
Office of the Attorney General
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: smorman@ago.state.al.us

296353/104072-001

2