IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK SAMUEL LANDERS, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 2:06-cv-975-MEF |
| v. | ) | |
| | ) | |
| RALPH HOOKS, | ) | (WO-DO NOT PUBLISH) |
| | ) | |
| Respondent. | ) | |

**FINAL JUDGMENT**

In accordance with the prior orders of the Court it is ORDERED and ADJUDGED as follows:

(1)  Judgment is entered in favor of the respondent and against the petitioner Mark Samuel Landers.

(2) It is further ORDERED that costs are hereby TAXED against the petitioner and in favor of the respondent, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this the 8th day of June, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE